UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKENA M ECHEVERRIA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 22-cv-02021-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 28 |

On October 2, 2025, Plaintiff Makena M. Echeverria's ("Plaintiff") counsel filed a motion for attorney fees. (Dkt. No. 28.) The deadline for Defendant Commissioner of Social Security ("Defendant") to file a response was October 16, 2025. To date, Defendant has not filed a response. Accordingly, the Court HEREBY orders Defendant to show cause why the Court should not grant the motion as unopposed. Defendant's response to this order to show cause is due on or before November 7, 2025. If Defendant seeks to file an untimely response brief, Defendant must submit a proposed response brief alongside a request for untimely filing showing good cause for the failure to comply with the original deadline on or before November 7, 2025.

Finally, the October 23, 2025 deadline for Plaintiff to file a reply brief IS HEREBY vacated. If Defendant seeks to file an untimely response brief, and if the Court grants that request, it shall set a new deadline for Plaintiff to file a reply brief.

**IT IS SO ORDERED**.

Dated: October 31, 2025



SALLIE KIM
United States Magistrate Judge